# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA  23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR  
CLERK

TELEPHONE
(804) 916-2700

May 15, 2014

Felicia Cannon, Clerk
U.S. District Court of Maryland
101 West Lombard Street
Baltimore, MD 21201-2690

      Re:    USA v. Rich
                1:08-cr-00438-WDQ-1

Dear Ms. Cannon:

     On January 10, 2014, this court forwarded paperwork relative to a notice of appeal in the above-captioned matter.  A copy of this court's correspondence and attachments are enclosed for your reference.  As of this date, the district court's docket sheet does not reflect receipt of the notice of appeal or transmittal of same to this court.

                               Yours truly,


                               Lisa D. Jernigan
                               Deputy Clerk

Enclosure


  cc:    David Rich #43889-037 (w/ stamped 1st page)
          U.S.P. Atwater
          P.O. Box 019001
          Atwater, CA  95301

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
**CLERK**

**TELEPHONE**
(804) 916-2700

January 10, 2014

Felicia Cannon, Clerk
U.S. District Court of Maryland
101 West Lombard Street
Baltimore, MD 21201-2690

    Re:    <u>USA v. Rich</u>
               1:08-cr-00438-WDQ-1

Dear Ms. Cannon:

    The enclosed notice of appeal was received by this court on December 30, 2013.

    In accordance with Rule 4(d) of the Federal Rules of Appellate Procedure, the notice has been date stamped and is being forwarded to your court for appropriate disposition. See FRAP 4(d) ("If a notice of appeal in either a civil or a criminal case is mistakenly filed in the court of appeals, the clerk of that court must note on the notice the date when it was received and send it to the district clerk. The notice is then considered filed in the district court on the date so noted.")

    If this notice of appeal duplicates a notice already received by the district court, the notice need not be transmitted to this court a second time.

                                            Yours truly,

                                            Patricia S. Connor

PSC:dlg
Enclosure

cc: David Rich #43889-037 (w/ stamped 1st page)
U.S.P. Lee
P.O. Box 305
Jonesville, VA 24263

cc: Daniel Harry Ginsburg, Attorney (w/ stamped 1st page)
The Law Office of Daniel Ginsburg, LLC
One Research Court, Suite 450
Rockville, MD 20850

13-4867  SM

12-14-13

Dear Forth Circuit:
I am writing because I would like to appeal the denial of my 2255 in criminal case# WDQ-08-0438 civil# WDQ-12-3226. My attorney who argued the case is willing to represent me in the appeal under the CJA, because I have exhausted all of my financial resources.

Thank you
David Rich 43889-037

RECEIVED
DEC 2013
U.S. Court of Appeals
Fourth Circuit

RECEIVED
2013
U.S. Court of Appeals
Fourth Circuit

United States District Court for the  Baltimore

District of  Maryland

File Number  Criminal: WDQ-08-0438
              Civil: WDQ-12-3226

United States District Court. of Maryland v. David Rich   )
                                                          )
                                                          )   Notice of Appeal
                                                          )
                                                          )

Notice is hereby given that  David Rich  (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the  4th  Circuit (from the final judgment) (from the order (describing it)) entered in this action on the  14  day of  November  20 13 .

(s) David Rich

Attorney for _____

Address: _____

* See Rule 3(c) for permissible ways of identifying appellants.

SCC
08/11/2011

Return address:

David Rich 43889-037
P.O. Box 305
USP Lee
Jonesville VA 24263

Postmark: BALTIMORE MD 212, 26 DEC 2013

Stamp: FILED DEC 30 2013

Addressee:

Patricia S. Connor, Clerk
U.S. Court of Appeals for the 4th Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219