FILED: July 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4867
(1:08-cr-00438-WDQ-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DAVID RICH, a/k/a Oakie

       Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 7/2/14, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*